■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN THOMPSON, Appellant. [39 NYS3d 800]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Kahn, J.), rendered November 17, 2014, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the record demon-

strates that he knowingly, voluntarily, and intelligently waived his right to appeal (*see People v Sanders*, 25 NY3d 337, 341 [2015]; *People v Lopez*, 6 NY3d 248, 256-257 [2006]; *People v Bernardini*, 142 AD3d 671 [2016]). The defendant's valid appeal waiver precludes review of his challenge to the factual sufficiency of his plea allocution to the charge of murder in the second degree (*see People v Conway*, 140 AD3d 1185 [2016]; *People v Duchatellier*, 138 AD3d 887 [2016]; *People v Pinero*, 138 AD3d 763 [2016]).

The defendant's remaining contention, that his plea should be vacated because the County Court allowed the prosecutor to conduct a portion of the plea allocution, is without merit (*see People v Johnson*, 140 AD3d 1188 [2016]; *People v Fowler*, 111 AD3d 958, 958 [2013]; *cf. People v Sanders*, 25 NY3d 337 [2015]). Accordingly, we affirm the judgment of conviction. Chambers, J.P., Hall, Austin and Sgroi, JJ., concur.